UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No.  26 - 10413 |
| B&C Partners, LLC | : | (Chapter 11) |
| Debtor. | : |  |
|  | : | Hon. Ashely M. Chan |
|  | : |  |

## Motion to Set Last Day to File Proofs of Claim

AND NOW, comes Debtor, B&C Partners, LLC, by and through its attorney, Ronald G. McNeil, Esquire, hereby moves for an Order to set deadline for filing proofs of claim, and, in support thereof, avers as follows:

1. On February 2, 2026, Debtor voluntarily filed its petition and commenced the above-captioned Chapter 11, Subchapter V, proceeding.

2. Debtor is continuing in possession of its property and the management of its affairs as a debtor-in-possession, pursuant to §§1107 and 1108 of the Bankruptcy Code.

3. Debtor filed this case to protect its assets and to attempt to reorganize its financial affairs, including its debts, under Chapter 11, Subchapter V, of the Bankruptcy Code.

4. Pursuant to Bankruptcy Rule 3003(c)(3), the Bankruptcy Court can set a deadline, by which creditors must file Proofs of Claim.

5. Pursuant to Bankruptcy Rule 2002(a)(7), Debtor, the U.S. Trustee, the Subchapter V Trustee, all creditors, and all indenture trustees shall have not less than twenty-one (21) days notice by mail of any bar date fixed by the Court.  In addition, pursuant to Bankruptcy Rule 3002(c)(1), a governmental unit shall have one hundred eighty (180) days from the order for relief to file a proof of claim.

6. In order to enable Debtor to ascertain the creditors of the estate, notice should be mailed to all creditors and parties in interest of these proceedings advising them of the necessity to and the deadline for filing Proofs of Claim.

7. The claims of any creditor who Debtor has listed as contingent, unliquidated, disputed or unknown shall have a value of zero unless:
   a)   the creditor files a Proof of Claim prior to the Bar Date; and
   b)   Debtor does not object to the Proof of Claim; or
   c)   the Bankruptcy Court determines the Proof of Claim is valid.

8. Debtor had prepared a Notice of Bar Date to file Proofs of Claim in the form attached hereto as Exhibit "A" and requests authority to send such Notice to the U.S. Trustee, the Subchapter V Trustee, all creditors, and all indenture trustees.

9. In order for Debtor to be able to carry out the provisions of the Bankruptcy Code, including filing a plan of reorganization, it is essential that Debtor ascertain the amount of the claims of the creditors of the estate.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter the attached Order establishing a deadline by which all Proofs of Claim must be filed in this proceeding, approving the form of Notice, and requiring Debtor to mail the Notice to all creditors and parties in interest, and such other and further relief as this Honorable Court deems appropriate.

Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: March 23, 2026
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
   r.mcneil@verizon.net