UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No.  26 - 10413 |
| B&C Partners, LLC | : | (Chapter 11) |
| Debtor. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## BAR  DATE  ORDER

**AND NOW**, upon consideration of the application of Debtor's Motion to Set Last Day to File Proofs of Claim, requesting an Order Establishing Bar Date for Filing of Proofs of Claim (the "Application"), it is hereby:

**ORDERED**, that Debtor's Motion to Set Last Day to File Proofs of Claim is **GRANTED**, and any creditor having a claim against Debtor shall file a Proof of Claim on or before 5:00 p.m. prevailing Eastern Time on _____, 2026, for non-governmental creditors, and _____, 2026, for governmental creditors, at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299, and forward a copy of the same to Debtor's counsel at the address listed on the Notice, or the claim of the creditor may be discharged or disallowed as untimely; and it is further

**ORDERED** that Debtor's counsel is directed to mail this Order and the proposed Form of Notice attached to the Motion as Exhibit "A" to all creditors and parties in interest herein, except those served via the CM/ECF system; and it is further

**ORDERED**, that the Form of Notice attached to the Application is approved as containing sufficient information to enable creditors to file a Proof of Claim and provides adequate notice of the date by which all claims must be filed and the effect of the failure of a creditor to file a claim.

DATE: _____                    BY THE COURT:

_____
Hon. Ashely M. Chan
Chief, U.S. Bankruptcy Judge